UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH NELUMS, *on behalf of himself and others similarly situated*, | ) ) ) | CASE NO.   1:22-cv-00739 |
| | ) | JUDGE DAVID A. RUIZ |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT ENTRY |
| AMERICA'S LIFT CHAIRS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

Consistent with the Memorandum Opinion and Order of this Court also filed this date, the action is DISMISSED.

IT IS SO ORDERED.

Dated: September 21, 2023

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge